THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| BAPTIST HEALTH, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> HEALTH VALUE MANAGEMENT, INC., ) <br> HUMANA INSURANCE COMPANY, ) <br> AND HUMANA HEALTH PLAN, INC., et ) <br> al. ) <br> ) <br> Defendants. ) <br> ) | Case No. <br><br> Judge: |

## NOTICE OF REMOVAL

Defendants Health Value Management, Inc. d/b/a ChoiceCare Network, Humana Insurance Company, and Humana Health Plan, Inc. (collectively, "Humana" or "Defendants") hereby remove this action, pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, from the Circuit Court of Montgomery County, Alabama, to the United States District Court for the Middle District of Alabama.

### I.   Introduction

Defendants remove this action on the basis of diversity: Pursuant to 28 U.S.C. § 1332(a)(1), complete diversity of citizenship exists between the Plaintiff Baptist Health ("Plaintiff" or "Baptist") and all Defendants, and the amount in controversy exceeds $75,000.

### II.   Nature of the Action and Procedural Background

1. This case, styled as *Baptist Health v. Health Value Management, Inc. et al.*, was filed on or about January 9, 2024, in the Circuit Court of Montgomery County, Alabama, bearing case no. 03-CV-2024-90052. A true and correct copy of the Complaint is attached hereto as

**Exhibit A** (hereinafter, the "Complaint").[1] A copy of the entire State Court file, except for the Complaint and exhibits, current as of the filing of this Notice, is attached hereto as **Exhibit B**.

2. Plaintiff asserted three state law claims in the Complaint (breach of contract, unjust enrichment and quantum meruit), all of which have the same conclusion that Defendants have allegedly not fairly compensated Plaintiff for certain drugs provided to members of federal Medicare Advantage plans sponsored by Defendants between January 1, 2018 and September 27, 2022. *See* Ex. A, ¶¶ 35-51.

3. Defendants were served with the Complaint on or about January 12, 2024. Thus, this removal has been timely filed because it is filed within thirty days of service. *See* 28 U.S.C. § 1446(b). All Defendants consent to removal.

4. Defendant Health Value Management, Inc. is a Delaware corporation with its principal place of business in Kentucky. Defendant Humana Insurance Company is a Wisconsin corporation with its principal place of business in Wisconsin.[2] Defendant Humana Health Plan, Inc. is a Kentucky corporation with its principal place of business in Kentucky. *See* Ex. A, ¶¶ 6-8.

5. The Complaint alleges that Plaintiff is an Alabama corporation with its principal place of business in Alabama. *See* Ex. A, ¶ 5.

6. The Complaint lists fictitious defendants 1-4. For purposes of removal, "the citizenship of defendants sued under fictitious names shall be disregarded." 28 U.S.C. § 1441(b)(1).

---

[1] Defendants are filing a redacted version of the complaint without exhibits because they include confidential information. Defendants will be moving to file under seal an unredacted version of the complaint with exhibits.

[2] Plaintiff alleged incorrectly that Humana Insurance Company's principal place of business is in Wisconsin, but it is currently in Kentucky. Regardless of whether Humana Insurance Company's principal place of business is located in Wisconsin or Kentucky, there is diversity between Plaintiff and Defendants.

7. The Complaint seeks damages in excess of $75,000. *See* Ex. A, ¶¶ 21, 30, 31, 38 (alleging significant underpayments made to Baptist Medical Center South and Baptist Medical Center East for 340B drugs provided to members of Humana's Medicare Advantage plans from 2018 through 2022); *see id.* Prayer for Relief (requesting compensatory damages, punitive damages, costs, and interest).

## III. Legal Argument

### A. Complete Diversity of Citizenship Exists.

8. This Court has original jurisdiction of this action pursuant to 28 U.S.C. §1332(a)(1) because complete diversity exists now, and existed at the time the Complaint was filed, between the Plaintiff and all Defendants.

9. Indeed, Plaintiff admits its principal place of business is in Alabama. *See* Ex. A, ¶ 5; *see also Roberts v. Walton Enterprises*, No. 2:20-CV-466-WKW, 2021 WL 4594652, at *1 (M.D. Ala. Oct. 6, 2021) ("a corporation is a citizen of (1) the state by which it has been incorporated and (2) the state where it has its principal place of business.") (internal quotations omitted).

10. All Defendants are corporate entities. None of them were incorporated in Alabama, and none maintain a principal place of business in Alabama. *See* Ex. A, ¶¶ 6-8; *see also Walton Enterprises*, *supra.*

11. Further, the amount in controversy exceeds the sum or value of $75,000.00, exclusive of interest and costs. *See* Ex. A, ¶¶ 21, 30, 31, 38; *see id.* Prayer for Relief (requesting compensatory damages, punitive damages, costs, and interest). The court has jurisdiction where the amount in controversy is readily deducible from documents before the court. *Lowery v. Alabama Power Co.,* 483 F.3d 1184, 1211 (11th Cir. 2007).

12. Removal of this case on the basis of diversity of citizenship is therefore proper. *See* 28 U.S.C. §1332(a)(1).

### III. All Other Requirements for Removal Are Satisfied

13. A Notice of Filing Notice of Removal, with a copy of this Notice of Removal attached, is being filed with the Clerk of the Circuit Court of Montgomery County, Alabama, as provided by law, and written notice is being sent to Plaintiff. A copy of the Notice of Filing Notice of Removal is attached as **Exhibit C**.

14. Defendants have not sought similar relief.

15. The prerequisites for removal under 28 U.S.C. § 1441 have been met.

16. The United States District Court for the Middle District of Alabama is the federal judicial district encompassing the Circuit Court of Montgomery County, Alabama, where this suit was originally filed. Venue is therefore proper under 28 U.S.C. § 81(a)(3) and § 1441(a).

17. The allegations of this Notice are true and correct and within the jurisdiction of the United States District Court for the Middle District of Alabama, and this cause is removable to the United States District Court for the Middle District of Alabama.

18. If any question arises as to the propriety of removal of this action, Defendants respectfully request the opportunity to present a brief and oral argument in support of their position that this cause is removable.

19. Nothing in this Notice of Removal shall be interpreted as a waiver or relinquishment of any of the Defendants' rights to assert any defense or affirmative matter.

**WHEREFORE, PREMISES CONSIDERED**, Defendants Health Value Management, Inc., Humana Insurance Company, and Humana Health Plan, Inc. file this Notice to remove the action now pending in the Circuit Court of Montgomery County, Alabama, from that court to this Court, and request that this action proceed in this Court as an action properly removed to it.

This 9th day of February, 2024

*Counsel for Defendants*

/s/*David W. Long-Daniels*
**David W. Long-Daniels**
Alabama Bar No. ASB-4593-060D
Squire Patton Boggs (US) LLP
One Atlantic Center
1201 W. Peachtree St. NW
Suite 3150
Atlanta, GA 30309
Tel. (678) 272-3200
Fax. (678) 272-3211
david.long-daniels@squirepb.com

Kimberly J. Donovan
(*Pro hac vice* admission pending)
Squire Patton Boggs (US) LLP
200 S. Biscayne Boulevard, Suite 3400
Miami, FL 33131
Tel.: (305) 577-7032
Fax.: (305) 577-7001
kimberly.donovan@squirepb.com

Ima E. Nsien
(*Pro hac vice* admission pending)
Squire Patton Boggs (US) LLP
555 S. Flower Street
Suite 3100
Los Angeles, CA 90071
Tel.: (213) 689-5138
Fax.: (213) 623-4581
ima.nsien@squirepb.com

- 6 -

## **CERTIFICATE OF SERVICE**

      I hereby certify that on February 9, 2024, I electronically filed the foregoing document with the Clerk of Court by using the CM/ECF system and served the foregoing by U.S. Mail and electronic transmission upon Plaintiff's counsel, Ty Dedmon (tdedmon@bradley.com), Hillary Campbell (hcampbell@bradley.com), and Anne Miles Golson (agolson@bradley.com), BRADLY ARANT BOULT CUMMINGS LLP, 1819 Fifth Avenue North, Birmingham, AL 35203.

                                              /s/David W. Long-Daniels
                                              **David W. Long-Daniels**