IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BAPTIST HEALTH, | CASE NO. 2:24-cv-00077-SMD |
| Plaintiff, | |
| v. | |
| HEALTH VALUE MANAGEMENT, INC., HUMANA INSURANCE COMPANY, AND HUMANA HEALTH PLAN, INC., et al. | |
| Defendants. | |

**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

The Court, having considered the papers submitted in support and opposition to Defendants' Motion to Dismiss, and for good cause shown, hereby ORDERS that Defendants' Motion to Dismiss is **GRANTED** as follows: (1) Counts II and III of the Complaint are dismissed, without prejudice, as to the Defendants; (2) The punitive damages claims in Counts I – III of the Complaint are dismissed, with prejudice; and (3) Counts I – III of the Complaint are dismissed, with prejudice, as to all fictitious defendants.

IT IS SO **ORDERED** this _____ day of March, 2024

_____
United States District Court Judge