IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BAPTIST HEALTH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Case No. 2:24-cv-77-ECM |
| | ) |
| HEALTH VALUE MANAGEMENT, | ) |
| INC., *et al.*, | ) |
| | ) |
| Defendants. | ) |

**O R D E R**

Now pending before the Court are the Defendants' motion to dismiss (doc. 18) and the Defendants' motion to stay discovery and Federal Rule of Civil Procedure 26 requirements (doc. 24). Upon consideration of the motions, and for good cause, it is

ORDERED that this matter is SET for a status conference on **April 18, 2024, at 1:00 p.m. CDT** by telephone conference call. The parties shall be prepared to discuss the pending motions and all other aspects of the case.

The parties are DIRECTED to contact Courtroom Deputy Cindy Sanders for the phone number and access code required to participate in the conference call.

The Clerk of the Court is DIRECTED to provide a court reporter for this proceeding.

Done this 9th day of April, 2024.

                                                /s/ Emily C. Marks
                                          EMILY C. MARKS
                                          CHIEF UNITED STATES DISTRICT JUDGE