IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| THE HEALTH CARE AUTHORITY FOR BAPTIST HEALTH, AN AFFILIATE OF UAB HEALTH SYSTEM, <br><br>   Plaintiff, <br><br> v. <br><br> HEALTH VALUE MANAGEMENT, INC., *et al.*, <br><br>   Defendants. | ) ) ) ) ) ) ) ) CIVIL CASE NO. 2:24-cv-77-ECM ) ) ) ) ) ) |

**O R D E R**

Now pending before the Court are the Defendants' motion to dismiss the first amended complaint (doc. 43) and the Plaintiff's motion for leave to conduct discovery (doc. 34).  On August 21, 2024, the Court held a telephonic status conference wherein the Court discussed these motions with the parties.  For the reasons stated on the record at the conference, and for good cause, it is

ORDERED that the Defendants' motion to dismiss the first amended complaint (doc. 43) is DENIED.  It is further

ORDERED that the Plaintiff's motion for leave to conduct discovery (doc. 34) is DENIED as moot.

Done this 21st day of August, 2024.

                                                   /s/ Emily C. Marks
                                         EMILY C. MARKS
                                         CHIEF UNITED STATES DISTRICT JUDGE