# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | | |
|---|---|---|
| **THE HEALTH CARE AUTHORITY FOR BAPTIST HEALTH, AN AFFILIATE OF UAB HEALTH,** | ) ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case 2:24-cv-77-ECM-SMD |
| **HEALTH VALUE MANAGEMENT, INC.; HUMANA INSURANCE COMPANY; HUMANA HEALTH PLAN, INC.; ARCADIAN HEALTH PLAN, INC.; HUMANA BENEFIT PLAN OF ILLINOIS, INC.; HUMANA, INC.; HUMANA MEDICAL PLAN OF MICHIGAN, INC.; FICTITIOUS DEFENDANTS 1 through 3, whether singular or plural, those affiliates of Health Value Management, Inc. that issued, underwrote, or administered Medicare Advantage plans or remitted payment to Baptist Health between January 1, 2018 and January 1, 2020; FICTITIOUS DEFENDANT 4, whether singular or plural, that affiliate of Defendants that either contracted with or received money from the Centers for Medicare & Medicaid Services to offer Medicare Advantage plans; FICTITIOUS DEFENDANTS 4 through 7, whether singular or plural, those affiliates of Humana Insurance Company or Humana Health Plan, Inc. that issued,** | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |

| | |
|---|---|
| underwrote, or administered Medicare Advantage plans or remitted payment to Baptist Health between January 1, 2020 and September 27, 2022, all of whose names and true legal identities are otherwise unknown at this time, but that will be substituted by amendment when ascertained; individually and jointly, | ) ) ) ) ) ) ) ) ) ) |
| Defendants. | |

## JOINT STIPULATION OF DISMISSAL

All parties to this action, through their attorneys, hereby jointly stipulate and agree to the dismissal with prejudice of all of Plaintiff's claims against Defendants in this action in accordance with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure with all costs taxed as paid.

Respectfully submitted this 5th day of August, 2025.

| | |
|---|---|
| */s/ Ty E. Dedmon* | */s/ Ima E. Nsien* |
| Ty E. Dedmon (ASB-4832-Y79D) | Ima E. Nsien |
| tdedmon@bradley.com | ima.nsien@squirepb.com |
| **Bradley Arant Boult Cummings LLP** | **Squire Patton Boggs (US) LLP** |
| 1819 Fifth Avenue North | 555 S. Flower Street, Suite 3100 |
| Birmingham, AL 35203 | Los Angeles, CA 90071 |
| Telephone: (205) 521-8000 | Telephone: 213-689-5138 |
| Facsimile: (205) 521-8800 | Facsimile: 213-623-4581 |
| | (Admitted *pro hac vice*) |
| */s/ Hillary C. Campbell* | |
| Hillary C. Campbell (ASB-5189-G82E) | */s/ Kimberly J. Donovan* |
| hcampbell@bradley.com | Kimberly J. Donovan |
| **Bradley Arant Boult Cummings LLP** | kimberly.donovan@squirepb.com |
| 1819 Fifth Avenue North | **Squire Patton Boggs (US) LLP** |

Birmingham, AL 35203
Telephone: (205) 521-8000
Facsimile: (205) 521-8800

*/s/ Julianne L. Bayer*
Julianne L. Bayer (ASB-9716-P84I)
jbayer@bradley.com
**Bradley Arant Boult Cummings LLP**
1819 Fifth Avenue North
Birmingham, AL 35203
Telephone: (205) 521-8000
Facsimile: (205) 521-8800

*/s/ Charles Mark Bain*
Charles Mark Bain
mbain@mewlegal.com
**Melton Espy & Williams, P.C.**
PO Drawer 5130
Montgomery, AL 36103-5130
Telephone: 334-263-6621
Facsimile: 334-269-9515

*/s/ James Eugene Williams*
James Eugene Williams
jwilliams@mewlegal.com
**Melton Espy & Williams, P.C.**
PO Drawer 5130
Montgomery, AL 36103-5130
Telephone: 334-263-6621
Facsimile: 334-269-9515

*/s/ James Flynn Mozingo*
James Flynn Mozingo
fmozingo@mewlegal.com
**Melton Espy & Williams, P.C.**
PO Drawer 5130
Montgomery, AL 36103-5130
Telephone: 334-263-6621
Facsimile: 334-263-7252
*Attorneys for Plaintiff Baptist Health*

200 S. Biscayne Boulevard
Suite 4700
Miami, FL 33131
Telephone: (305) 577-7032
Facsimile: (305) 577-7001
(Admitted *pro hac vice*)

*/s/Kenneth M. Perry*
Kenneth M. Perry (ASB-4945-E67K)
kp@kenperrylawfirm.com
**Ken Perry Law Firm, LLC**
505 20th Street North
Suite 1615
Birmingham, AL 35203
Telephone: 205-778-2001
Facsimile: 205-278-1479

*/s/Adrienne D.Scott*
Adrienne D. Scott (ASB-3880-E56S)
ads@kenperrylawfirm.com
**Ken Perry Law Firm, LLC**
505 20th Street North
Suite 1615
Birmingham, AL 35203
Telephone: 205-778-2001
Facsimile: 205-278-1479

*Attorneys for Defendants Health Value Management, Inc., Humana Insurance Company, Humana Health Plan, Inc., Arcadian Health Plan, Inc., Humana Inc., Humana Benefit Plan of Illinois, Inc., and Humana Medical Plan of Michigan, Inc.*

3

## CERTIFICATE OF SERVICE

I hereby certify that on August 5, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Ima E. Nsien
Squire Patton Boggs (US) LLP
555 S. Flower Street, Suite 3100
Los Angeles, CA 90071
ima.nsien@squirepb.com

Kimberly J. Donovan
Squire Patton Boggs (US) LLP
200 S. Biscayne Boulevard, Suite 470
Miami, FL 33131
kimberly.donovan@squirepb.com

Kenneth Martin Perry
Adrienne Denise Scott
Ken Perry Law Firm, LLC
505 20th Street North, Suite 1615
Birmingham, AL 35203
kp@kenperrylawfirm.com
ads@kenperrylawfirm.com

Charles Mark Bain
James Flynn Mozingo
James Eugene Williams
**Melton Espy & Williams, P.C.**
PO Drawer 5130
Montgomery, AL 36103-5130
Telephone: 334-263-6621
Facsimile: 334-263-7252
mbain@mewlegal.com
fmozingo@mewlegal.com
jwilliams@mewlegal.com

*/s/Ty Dedmon*
OF COUNSEL